Approved:

_[signature]_

Marcia S. Cohen
Assistant United States Attorney

Before:        HONORABLE JUDITH C. McCARTHY
               United States Magistrate Judge    20 MAG 10909
               Southern District of New York

- - - - - - - - - - - - - - - - - - - x    SEALED COMPLAINT

UNITED STATES OF AMERICA              :    Violations of
                                           18 U.S.C. §§ 2251(a)
         -v.-                         :    and 2260A

MATTHEW MILLS,                        :    COUNTY OF OFFENSE:
                                           ORANGE COUNTY
                                      :
               Defendant.
- - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

     JULIE IRENE, being duly sworn, deposes and says that she is
a Special Agent with the Federal Bureau of Investigation, and
charges as follows:

COUNT ONE

     1.  From on or about July 30, 2020 up to and including on
or about July 31, 2020, in the Southern District of New York and
elsewhere, MATTHEW MILLS, the defendant, unlawfully, willfully
and knowingly employed, used, persuaded, induced, enticed, and
coerced a minor to engage in sexually explicit conduct for the
purpose of producing a visual depiction of such conduct, and the
defendant knew and had reason to know that such visual depiction
would be transported and transmitted using any means and
facility of interstate and foreign commerce and in or affecting
interstate and foreign commerce and mailed, and the visual
depiction would be produced using materials that had been
mailed, shipped and transported in and affecting interstate and
foreign commerce by any means including by computer, to wit,
MILLS communicated with an 11-year-old minor ("Victim-1") by

text messages and directed Victim-1 to take and transmit
sexually-explicit photographs and videos of Victim-1 to MILLS.

(Title 18, United States Code, Section 2251(a).)

### COUNT TWO

2.    Between on or about July 30, 2020 and July 31, 2020,
in the Southern District of New York and elsewhere, MATTHEW
MILLS, the defendant, being required by Federal and other law to
register as a sex offender, committed a felony offense involving
a minor under Title 18, United States Code, Section 2251(a), to
wit, the violation of Title 18, United States Code, Section
2251(a) charged in Count One of this Complaint.

(Title 18, United States Code, Sections 2260A.)

The bases for my knowledge and for the foregoing
charge are, in part, as follows:

3.    I am a Special Agent with the Federal Bureau of
Investigation ("FBI"), assigned to the Hudson Valley Safe
Streets Task Force.  I have been a Special Agent with the FBI
since 2016. During my tenure as a Special Agent, I have
conducted and participated in numerous investigations of
criminal activity involving crimes against children, including
the receipt, possession, and/or distribution of child
pornography by electronic means, sexual exploitation, and
enticement of minors.  I have gained expertise in these areas
through training and daily work related to conducting these
types of investigation.

4.    I have been personally involved in the investigation
of this matter.  This affidavit is based upon my conversations
with law enforcement officers and others, and my examination of
reports and records.  Because this affidavit is being submitted
for the limited purpose of establishing probable cause, it does
not include all the facts that I have learned during the course
of my investigation.  Where the contents of documents and the
actions, statements and conversations of others are reported
herein, they are reported in substance and in part, except where
otherwise indicated.

5.    On or about August 3, 2020, the parent ("Parent-1") of
an 11-year-old child ("Victim-1") reported to the FBI
inappropriate activity between Victim-1 and a male individual

("Male-1").  Parent-1 advised the FBI that the contact began
while Victim-1 and Male-1 were playing Fortnite, an online video
game.

6.  On or about August 10, 2020, I met with Victim-1, who
provided the following information, in substance and in part:

a.    Victim-1 is in the sixth grade in Orange
County, New York.

b.    While playing the video game, Fortnite, Male-
1 sent Victim-1 a friend request.  On receiving the request,
Victim-1 "left" Victim-1's game and went to the game that Male-1
was playing.

c.    Male-1 told Victim-1 that he was between 17
and 18.

d.    After playing Fortnite over the course of two
days, Male-1 asked Victim-1 for his cell phone number. Victim-1
provided the number and they began to communicate via text.

e.    Victim-1 texted naked pictures of Victim-1 to
Male-1 and Male-1 texted Victim-1 naked pictures of Male-1.  Male-
1 also sent Victim-1 a video of Male-1 putting his "finger up his
butt" and asked Vicitm-1 to send the same.  Victim-1 did as
requested.

f.    Male-1 told Victim-1 to call him "Daddy" and
Male-1 called Victim-1 "baby."

g.    Male-1 told Victim-1 that he lives alone in a
state and gave the name of the state in which he lived.  Victim-
1 recalled that the state began with the letter "C" but Victim-1
could not remember the name of the state.

7. On or about August 10, 2020, Parent-1 provided consent
for the examination of Victim-1's phone ("Phone-1").  An employee
of the FBI ("Employee-1") specially trained in the forensic
examination of digital evidence extracted a portion of the
contents of Phone-1 and provided the material that was extracted
to me.  I have reviewed the material Employee-1 extracted from
Phone-1 and observed the following, in substance and in part:
a.    There are numerous incoming and outgoing texts
between Phone-1 and a telephone number ending in 1896 ("1896-
Phone").  The majority of these texts occur between July 30, 2020

at approximately 11:43 p.m. and August 1, 2020 at approximately 12:50 a.m.

b.    On July 30, 2020, at approximately 11:43 p.m., Phone-1 asked "How old are you" and the 1896-Phone replied, "17 almost 18 sorry." Phone-1 said, "I'm 11 so…" At approximately 11:47 p.m., the 1896-Phone said, "It doesn't bother me the age." Phone-1 asked "So what are you saying" and, at approximately 11:48 p.m., the 1896-Phone said "I saying I don't care age gab."

c.    On July 30, 2020, at approximately 11:49 p.m., Phone-1 asked, "Can I have a dick pick" and at approximately 11:51 p.m. asked, "Are you going to send it." The 1896-Phone replied, at approximately 11:52 p.m., "Would u." Phone-1 asked, 'Would I what?" The 1896-Phone said, "Can I see u first sweetie?" Phone-1 asked, "My face?" The 1896-Phone said, "Yea." Phone-1 said "One sec" and then transmitted a photo ("Photo-1") to the 1896-Phone. Photo-1 is a picture of Victim-1's face. Phone-1 said, "I'm pretty ugly." The 1896-Phone replied, at approximately 11:55 p.m., "No you are not your cute." At approximately 11:57 p.m., the 1896-Phone transmitted a photo ("Photo-2") to Phone-1. Photo-2 depicts a male laying on what appears to be a bed with an erect penis visible and white blankets in the background.

d.    On July 30, 2020, at approximately 11:59 p.m., the 1896-Phone texted, "Can daddy see urs." At approximately 12:00 a.m., Phone-1 texted a photo ("Photo-3") to the 1896-Phone. Photo-3 depicts an individual whose face is not visible laying on what appears to be a bed. The individual's penis and scrotum are exposed. A pair of what appears to be either red shorts or red pants is visible below the scrotum. At approximately 12:01 a.m., the 1896-Phone replied, "Nice yummy."

e.    On July 31, 2020, at approximately 12:02 a.m., Phone-1 texted the 1896-Phone, "Can I have a ass pic." At approximately 12:04 a.m., the 1896-Phone sent a photo ("Photo-4") to Phone-1. Photo-4 depicts a male's buttocks. The male appears to be laying on his side. At 12:04 a.m., the 1896-Phone texted, "Can I see urs." At approximately 12:09 a.m., Phone-1 sent a photo ("Photo-5") to the 1896-Phone. Photo-5 is a photo of nude buttocks with what appear to be red pants or red shorts pulled down below the buttocks.

f.    On July 31, 2020, at approximately 12:12 a.m., Phone-1 asked the 1896-Phone, "What do you look like." At 12:12, the 1896-Phone replied, "Ugly fat." Phone-1 replied, "Show me." At approximately 12:13 a.m., the 1896-Phone transmitted a photo

("Photo-6") to Phone-1.   Photo-6 is a photo of a male who appears to be laying on a gray and white patterned mattress or sheet. There is a pillow behind the male's head.   The male's naked torso and face are visible in Photo-6.

g.    On July 31, 2020, at approximately 12:18 a.m., the 1896-Phone asked, "Are u hard."  Phone-1 replied, "Yeah."  The 1896-Phone texted, "Show."  At approximately 12:19 a.m., Phone-1 texted a photo ("Photo-7") to the 1896-Phone.  Photo-7 is a photo of an exposed erect penis with what appear to be red pants or red shorts pulled down below the penis.   The 1896-Phone replied, "Still looks great I so suck you."  At approximately 12:21 a.m., the 1896-Phone transmitted a photo ("Photo-8") to Phone-1.  Photo-8 is a photo of a naked male that displays the male's shoulders to his ankles.  The male's head and feet are not visible in Photo-8.   The male appears to be laying on the same gray and white patterned mattress or sheet that is visible in Photo-6.   At approximately 12:24 a.m., the 1896-Phone asked, "Can u take pic like mine."   Phone-1 replied, "Not right now my dad just got home." The 1896-Phone replied, "Oh ok maybe when he asleep.

h.    On July 31, 2020, at approximately 1:42 a.m., the 1896-Phone sent a photo ("Photo-9") to Phone-1.  Photo-9 is a photo of a male's face.  The male appears to be laying on his side on a white pillow.   The male's face, head, and a part of his shoulder is visible in Photo-9.   The male in Photo-9 appears to be the same male who appears in Photo-6.

i.    On July 31, 2020, at approximately 9:33 a.m., the 1896-Phone transmitted a video ("Video-1") to Phone-1. Video-1 depicts a male's hand on a penis, sliding up and down.   At approximately 9:35 a.m., the 1896-Phone asked, "U able to finger urself babe."  Phone-1 replied, "Yes." The 1896-Phone said, "Can daddy see" and "Babe."   At approximately 9:37 a.m., Phone-1 transmitted a photo ("Photo-10") to the 1896-Phone.   Photo-10 depicts a male whose face is not visible laying down with an exposed erect penis.   At approximately 9:38 a.m., the 1896-Phone said, "I so want to suck you."

j.    On July 31, at approximately 4:51 p.m., Phone-1 transmitted a photo ("Photo-11") to the 1896-Phone.   Photo-11 depicts an erect penis with a hand that is pushing down with a hand what appears to be either red shorts or red pants.  The 1896-Phone replied, "Take  shorts  off" and "Yummy  Cock."  At approximately 4:54 p.m., Phone-1 sent a photo ("Photo-12") to the 1896-Phone.   Photo-12 is a photo of an exposed penis with what

appears to be red shorts laying around the male's ankles on the floor.

        k.    On July 31, 2020 at approximately 8:28 p.m., the 1896-Phone sent a video ("Video-2") to Phone-1. Video-2 depicts an anus being penetrated with a toothbrush in a bathtub. At approximately 8:30 p.m., the 1896-Phone texted Phone-1, "I want to see u do that babe." At approximately 8:33 p.m., the 1896-Phone transmitted a video ("Video-3") to the Phone-1. Video-3 depicts an anus being penetrated with a finger and a hand stroking a penis. In the video, the male's face is briefly visible. The male appears to be the same male who appears in Photo-6 and Photo-9. At approximately 8:35 p.m., Phone-1 transmitted a photo ("Photo-13") to the 1896-Phone. Photo-13 depicts Victim-1's anus being penetrated by a toothbrush.

        l.    On July 31, 2020, at approximately 11:35 p.m., the 1896-Phone texted Phone-1, "I know this is weird to ask." Phone-1 asked, "What?" The 1896-Phone said, "Do mind if I see u pee." Phone-1 replied, "ok." At approximately 11:39 p.m., Phone-1 sent the 1896-Phone a video ("Video-3"). Video-3 is a video of a penis urinating into a toilet.

    8.    I have reviewed records from Sprint for the 1896-Phone. These records reflect that a call was received on July 30, 2020 from Phone-1 and that this call lasted approximately 31 seconds. The records also indicate that there are two billing addresses associated with the 1896-Phone and that both addresses were effective as of March 16, 2019. The first is "Matthew Mills" at an address in Denver, Colorado ("Address-1"). The second is "Matthew Mills" at an address in Westminster, Colorado ("Address-2").

    9.    I have reviewed Colorado Motor Vehicle records relating to MATTHEW MILLS, the defendant. These records indicate MILLS' date of birth in 1993 ("Date-1") and include a photograph of MILLS. This photograph of MILLS depicts the same individual who appears in the Photo-6, Photo-9 and Video-3. The records indicate that MILLS was issued a driver's license on or about May 17, 2019 and that, at the time the driver's license was issued, his address was Address-1.

    10.    I have reviewed criminal history records for MATTHEW MILLS, the defendant. These records reflect that MILLS was born on Date-1. The criminal history also records reveal that, on or about April 13, 2020, MATTHEW MILLS, the defendant, pled guilty to Sexual Exploitation of a Child, a Class 4 Felony,

in the state of Colorado, and on or about July 10, 2020, MILLS was sentenced to eight years' probation.  As a result of this conviction, MILLS was required to register as a sex offender in Colorado.

11.    I have reviewed Sex Offender registration records relating to MATTHEW MILLS, the defendant.  These records indicate that, on or about July 16, 2020, MILLS registered as a sex offender in the state of Colorado.  In connection with his registration, MILLS was required to provide his current address and he provided an address in Aurora, Colorado ("Address-3") as his address.  In the registration, MILLS provided a partial telephone number ending in "1896."

WHEREFORE, deponent prays that the above-named defendant be arrested and imprisoned or bailed as the case may be.

/s/ Julie Irene, Credential No. 26282
Julie Irene
Special Agent
Federal Bureau of Investigation


Sworn to me through the transmission of this
Affidavit by reliable electronic means, pursuant to
Federal Rules of Criminal Procedure 41(d)(3) and 4.1, this
___9th___ day of October, 2020

_Judith C. McCarthy_
HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York