UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

-v-

MATTHEW MILLS,

                    Defendant.
------------------------------------------------------------x

STIPULATION IN SUPPORT
OF APPLICATION FOR
7TH OR SUBSEQUENT
ORDER OF CONTINUANCE AND
30th ORDER OF CONTINUANCE

20 Mag. 10909

      The United States of America and the defendant jointly request and agree that the time period from **4/12/2023** to **5/10/2023** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). The parties submit that there is good cause for an additional exclusion of time because the parties are exploring a possible disposition of this case prior to trial. As reported previously, defense counsel retained a mitigation expert to examine the defendant and prepare a report for defense counsel. Based on that evaluation, defense counsel also retained a neuropsychologist. As described previously, the expert encountered difficulties in conducting an evaluation of the defendant. The scheduling of the evaluation was further delayed because the defendant was transferred from Orange County Jail to Hudson County Jail. The evaluation occurred at the end of August and, following that evaluation, the expert completed various collateral interviews. After some unavoidable delays, the expert provided the report to defense counsel. On December 2, 2022, defense counsel made a submission to the Government. The Government reviewed the submission and advised defense counsel concerning the Government's position. After meeting with the defendant in order to determine how the defendant wished to proceed, defense counsel requested an opportunity to meet with the Government. That meeting occurred on March 14, 2022 and, after the meeting, the Government requested some additional information from Ms. Quinn. Ms. Quinn made a further submission to the Government last week, which the Government is in the process of reviewing.

      By the following signatures we agree and consent to the exclusion of time noted above:

_____  4/11/2023        _____  4-11-2023
Defendant's Counsel        Date              Assistant U.S. Attorney    Date
Elizabeth Quinn, Esq.                        Marcia S. Cohen

      The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act. The defendant understands that he/she has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above. The defendant consents and agrees to the above request.

/s/ Matthew Mills              4/11/2023       [Mr. Mill authorized Elizabeth K. Quinn
Defendant                      Date             to sign on his behalf.]
MATTHEW MILLS

      The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **4/12/2023** to **5/10/2023** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above. ~~The Court further orders:~~ _____

Dated:   4-12-2023
       White Plains, New York

**SO ORDERED**

Hon. Judith C. McCarthy
United States Magistrate Judge