**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

Southern District

---

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 5, 2023

**BY ECF & E-MAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Deft's request to adjourn the telephonic Status Conf. from Sept. 8, 2023 until Oct. 16, 2023 at 10:00 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 51. Dated: September 7, 2023**
**White Plains, NY**

**SO ORDERED:**

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re: *United States v. Matthew Mills*, 23-CR-232 (NSR)

Dear Honorable Judge Román:

I write to seek an adjournment of the status conference scheduled for Friday, September 8th at 12:00 p.m. I am requesting that the case be adjourned for a status conference on Monday, October 16th at 10:00 a.m.

The government provided me with a plea agreement earlier today. I plan on meeting with Mr. Mills at the Hudson County Jail in Newark, New Jersey where he is currently housed to review and discuss the proposed plea agreement later this week. Assuming the plea is accepted by Mr. Mills, the parties can arrange a change of plea hearing before the magistrate judge on duty later this month.

I have spoken with the government through A.U.S.A. Marcia Cohen, and she has no objection to this request. She requests that the adjournment be excludable under the Speedy Trial Act, and I have no objection to that request. Therefore, I am requesting that the status conference be adjourned until October 16th in the event that the plea is not entered before that date.

Thank you for your time and consideration.

Sincerely,

*[signature]*
Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Matthew Mills

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/07/2023

cc: Marcia Cohen, AUSA

1