Court Ex. #1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
UNITED STATES OF AMERICA                                  :
                                                          :
            - v. -                                        :   CONSENT PRELIMINARY ORDER
                                                          :   OF FORFEITURE AS TO SPECIFIC
MATTHEW MILLS,                                            :   PROPERTY
                                                          :
                                                          :
                                                          :   S1 23 Cr.232 (NSR)
                                 Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

            WHEREAS, on or about September 28, 2023, MATTHEWS MILLS (the

"Defendant"), was charged in a one-count Superseding Information, S1 23 Cr.232 (NSR) (the

"Information"), with coercion and enticement of a minor, in violation of Title 18, United States

Code, Section 2422(b) and 2427 (Count One);

            WHEREAS, the Information included a forfeiture allegation as to Count One of the

Information, seeking forfeiture to the United States, pursuant to Title 18, Untied States Code,

Section 2428, of any and all property, real and personal, constituting or derived from proceeds

obtained, directly or indirectly, as a result of the offense charged in Count One of the Information;

and any and all property, real or personal, that was used or intended to be used to commit or

facilitate the commission of the offense charged in Count One of the Information, including but

not limited to a sum of money representing the amount of proceeds obtained as a result of the

offense charged in Count One of the Information;

            WHEREAS, on or about October 22, 2020, pursuant to a judicially authorized

search warrant, the Government seized from the Defendant at the time of his arrest, the following

specific property:

            a.   iPhone 6s Plus with Serial Number F2MZ802ZHFLX;

(the "Specific Property");

WHEREAS, on or about September 29, 2023, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, all of his right, title and interest in the Specific Property;

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the Specific Property, which constitutes property used, or intended to be used to commit, or promote the commission of the offenses charged in Count One of the Information; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Marcia S. Cohen, of counsel, and the Defendant and his counsel, Elizabeth Quinn, Esq., that:

1.      A s a result of the offenses charged in Count One Information, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant

MATTHEW MILLS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

      3.     Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

      4.     Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

      5.     The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.     Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.     Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

10.     The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          1-8-2024
        MARCIA S. COHEN                  DATE
        Assistant United States Attorney
        50 Main Street
        White Plains, NY 10606
        (914) 993-1902

MATTHEW MILLS

By: _____          1/10/2024
        MATTHEW MILLS                   DATE


By: _____          1/10/2024
        ELIZABETH QUINN, ESQ.           DATE
        Attorney for Defendant
        81 Main Street, Ste. 300
        White Plains, New York 10601


SO ORDERED:

_____               1/10/24
HONORABLE NELSON S. ROMÁN               DATE
UNITED STATES DISTRICT JUDGE